PROB 12B
(7/93)

Report Date: June 15, 2007

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 03 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carla Lenocker              Case Number: 2:05CR00221-006

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 06/01/2006         Type of Supervision: Supervised Release

Original Offense: Bank Fraud, 18 U.S.C. § 1344   Date Supervision Commenced: 11/13/2006

Original Sentence: Prison - 12 Months; TSR - 36   Date Supervision Expires: 11/12/2009
Months

---

## PETITIONING THE COURT

To remove the following condition of supervision:

20    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include
      a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but
      not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements
      of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On June 18, 2006, the defendant was before Your Honor and was sentenced to a year and day imprisonment, to be followed by a 36-month term of supervised release. Upon release, she was to enter into a half-way house for a period of up to 180 days. Ms. Lenocker was released from the custody of the Bureau of Prisons on November 13, 2006. At the time of her release, she had three active misdemeanor warrants issued by Spokane Municipal Court. Ms. Lenocker reported that it was her understanding those warrants were to be quashed and that cases had settled because she had pled to the instant Federal offense. The undersigned officer contacted Ms. Lenocker's attorney, Julie St. Marie, and was advised that had been the agreement. Ms. St. Marie stated that she would contact the prosecutor and have the warrants quashed. The active warrants precluded the defendant from being placed at the half-way house, therefore, she initially released to the home of her parents. The warrants were not recalled until May 9, 2007, and the cases were not dismissed until June 11, 2007.

Since her release, Ms. Lenocker has been residing with her parents. She has been gainfully employed as a detailer with Fessco Fleet and Marine since November 2006. Further, she has successfully completed substance abuse treatment through New Horizon Care Centers. The Court was advised that she did use marijuana on or about April 21, 2007. This matter was addressed with Ms. Lenocker and there have not been any further indiscretions.

At this time, it does not appear that the benefits offered through placement at a half-way house are necessary. Given her current level of stability on supervision, it is respectfully recommended that the Court modify the conditions of supervised release by striking the requirement that she complete up to 180 days at a half-way house.

Respectfully submitted,

by  *[signature]*

Matthew L. Thompson
U.S. Probation Officer
Date: June 15, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*

Signature of Judicial Officer

7/3/2007

Date